UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MYRA MORRIS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**JUDGMENT**
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　No. 4:23-CV-59-BM
KILOLO KIJAKAZI,　　　　　　　　 )
*Acting Commissioner of Social Security,* )
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the Commissioner's consent motion to remand (D.E. 16).**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

This Judgment Filed and Entered on August 11, 2023 with service on:
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)

　　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　　/s/ Bobbie R. Horton
　　　　　　　　　　　　　　　　　　　　　(By): Bobbie R. Horton, Deputy Clerk