UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MYRA MORRIS, | |
| Plaintiff | |
| v. | **JUDGMENT** |
| | No. 4:23-CV-59-BM |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

**Decision by the Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the consent motion by plaintiff's counsel for attorney fees (D.E. 19) and the stipulation (D.E 21) between plaintiff John Robinson ("plaintiff") and defendant Commissioner of Social Security ("Commissioner") regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).**

**It is therefore ORDERED, ADJUDGED AND DECREED it is therefore ORDERED that: the consent motion is ALLOWED. The Commissioner shall pay $5,300.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Charlotte Hall, and mailed to counsel at the following address pursuant to plaintiff's assignment [DE-19-2] to her attorney of the right to payment of attorney's fees under the EAJA: Charlotte W. Hall, Post Office Box 58129, Raleigh, North Carolina 27658. If the award is subject to the Program, the balance shall be mailed to Attorney Hall at the above address and the check made payable to her if allowed by the Program.**

This Judgment Filed and Entered on September 8, 2023 with service on:

Charlotte Williams Hall (Via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

Samantha Zeiler (Via CM/ECF Notice of Electronic Filing)

Thomas Paul Zimarowski (Via CM/ECF Notice of Electronic Filing)

Wanda Mason (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk